# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128767

DALE ANDREW ULRICH, VICKI SUE
ULRICH, and KYLE ROBERT ULRICH,
      Plaintiffs-Appellants,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellee.

SC: 128767
COA: 252525
Court of Claims: 02-000195-MD

_____/

On order of the Court, the application for leave to appeal the April 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005

_____
Clerk

s0929